IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In re:

Jessica Renee Mota

Debtor.

Case No. 11-45535
Chapter 13

## AMENDED CHAPTER 13 PLAN AND SUMMARY

COMES NOW debtor Jessica Renee Mota, by and through her counsel of record, Bradley D. McCormack of The Sader Law Firm, and amends her Chapter 13 Plan to reflect the following:

1. Debtor filed for Bankruptcy on April 7, 2011. Her Plan was confirmed on March 22, 2012.

2. As part of her Bankruptcy Plan, Debtor was making payments to Seterus, Inc. for her ongoing mortgage and payments towards her mortgage arrears.

3. Debtor and Seterus have completed a loan modification agreement which has been approved by this Court. Seterus has filed an Amended Proof of Claim based up on this modification.

4. The amended claim removes the arrearage to Seterus. As such, Debtor hereby removes her ongoing mortgage payment and payment towards the arrearage from her Plan.

5. Debtor's new Plan payment shall be $315.00 per month.

6. The new Plan payment will continue to be paid through Employer Wage Order.

7. Debtor's Plan shall be a 100% Plan.

8. All other provisions of the debtor's Plan shall remain the same.

Respectfully submitted,

THE SADER LAW FIRM

By: */s/ Bradley D. McCormack*
Bradley D. McCormack, MO 54338
2345 Grand Boulevard, Suite 1925
Kansas City, Missouri 64108
816-561-1818
Fax: 816-561-0818

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served through the Court's ECF filing system on the same date as filing.

*/s/ Bradley D. McCormack*
Bradley D. McCormack

s:\bankruptcy\client forms - active\mota, jessica\amendedchapter13plan050313.docx